# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** III | **Investigating Agency** FBI, IRS, VA, OIG |
| **City** Boston | **Related Case Information:** | |
| **County** Suffolk | Superseding Ind./ Inf. _____ Case No. _____ | |
| | Same Defendant _____ New Defendant _____ | |
| | Magistrate Judge Case Number _____ | |
| | Search Warrant Case Number 19-mj-1046-DLC and attached | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name: Sheldon Haag    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Glastonbury, CT

Birth date (Yr only): 1989   SSN (last4#): 7129   Sex: M   Race: _____   Nationality: USA

**Defense Counsel if known:** Paul Shaw/ David Lazarus    Address: One Federal Street, 20th Floor, Boston, MA

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA: KRISS BASIL    Bar Number if applicable: 673074

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty — ☐ Misdemeanor — ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 06/28/2023    Signature of AUSA: KRISS BASIL  *Digitally signed by KRISS BASIL Date: 2023.06.28 12:58:11 -04'00'*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Sheldon Haag

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C § 1349 | Conspiracy to Commit Wire Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

ADDITIONAL SEARCH WARRANTS:

19-mj-1047-DLC

19-mj-1048-DLC

20-mj-4292-DHH

20-mj-4293-DHH

20-mj-4294-DHH

21-mj-507-TOF